# United States Court of Appeals
## For the First Circuit

No. 09-2213

UNITED STATES OF AMERICA,

Appellee,

v.

GISELE ALBERTELLI,

Defendant, Appellant.

No. 09-2478

UNITED STATES OF AMERICA,

Appellee,

v.

ARTHUR GIANELLI,

Defendant, Appellant.

No. 09-2606

UNITED STATES OF AMERICA,

Appellee,

v.

FRANK IACABONI,

Defendant, Appellant.

10-1214

UNITED STATES OF AMERICA,

Appellee,

v.

DENNIS ALBERTELLI, a/k/a Fish,

Defendant, Appellant.
_____

**ERRATA**

The opinion of this Court, issued on June 29, 2012, should be amended as follows.

On page 5, line 7 of 1st full paragraph, replace "wire taps" with "wiretaps".

On page 24, line 4, replace "a trial" with "at trial".

On page 27, line 6 of 2nd full paragraph, replace "one the arsonists" with "one of the arsonists".